**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1127**

OSWEN FITZHERBERT CAMERON,

　　　　　Petitioner,

　　　v.

ERIC H. HOLDER, JR., Attorney General,

　　　　　Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: August 28, 2014　　　　Decided: September 4, 2014

Before KING, WYNN, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Dev A. Kayal, WKC LAW, Silver Spring, Maryland, for Petitioner. Stuart F. Delery, Assistant Attorney General, Emily Anne Radford, Assistant Director, Kohsei Ugumori, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oswen Fitzherbert Cameron, a native and citizen of Guyana, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's (IJ) decision ordering him removed from the United States. We have thoroughly reviewed the record and conclude that the evidence does not compel a ruling contrary to any of the administrative findings of fact, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision upholding the IJ's order of removal. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Cameron (B.I.A. Jan. 13, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED